UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EDWARD GRIMSLEY,

    Plaintiff,                                     Case No. 3:17-cv-24

vs.

AMERICAN SHOWA, INC.,               District Judge Walter H. Rice
                                                  Magistrate Judge Michael J. Newman

    Defendant.

## RECUSAL ORDER

The undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

Date: June 8, 2017                                 s/ Michael J. Newman
                                                                   Michael J. Newman
                                                                   United States Magistrate Judge